UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE CASTELLE,

                          Petitioner,

          -against-

UNITED STATES OF AMERICA,

                          Respondent.

21 Civ. 4694 (AKH)

18 Cr. 15-10 (AKH)

**<u>ORDER</u>**

ALVIN K. HELLERSTEIN, United States District Judge:

        Petitioner Eugene Castelle moves to direct the Clerk to provide him a copy of the declaration filed by Gerald J. McMahon, Esq. (ECF No. 767). *See* ECF No. 771. Petitioner's motion is denied as moot. The Clerk will mail the document in due course. The United States Attorney's Office also should mail a copy to him.

SO ORDERED.

 Dated:
        New York, New York
        June 25, 2021

                                          _____/s/_____

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge